177 A.3d 119

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ROBERT RUCKER, DEFENDANT–PETITIONER.

C–417 September Term 2017
079670

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003295–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.